IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMAS MARISCAL MERAZ,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, Acting Director, Fort Snelling Field Office Immigration and Customs Enforcement; and WARDEN OF MCCOOK DETENTION CENTER, in their official capacity,<br><br>Respondents. | **8:26CV27**<br><br>**ORDER SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** |

In this action for habeas corpus relief pursuant to 28 U.S.C. § 2241, the Court's review of the filings in this matter raised significant doubt that the Court has subject-matter jurisdiction because the physical custodian of Petitioner was not named in the Petition. Filing 11 at 2–3. Consequently, the Court set a deadline for Petitioner to file an Amended Petition for Writ of Habeas Corpus identifying a proper physical custodian as a respondent and to file proof of service upon that proper physical custodian. Filing 11 at 4. On February 6, 2026, Petitioner filed an Amended Petition adding "Warden of McCook Detention Center, in their official capacity," as a respondent and alleging that the Warden "has immediate physical custody of Petitioner pursuant to a contract with ICE to detain noncitizens and is a legal custodian of Petitioner." Filing 12 at 1,

7 (¶ 23). Also on February 6, 2026, Petitioner filed a Certificate of Service upon the Warden via certified priority mail of the Amended Petition, Civil Case Cover Sheet, Motion for Admission Pro Hac Vice, and the Order to Show Cause. Filing 13. Thus, this matter is now ready for the Court to set a hearing on the Amended Petition.

Accordingly,

IT IS ORDERED that a hearing on Petitioner's Petition for Writ of Habeas Corpus is set for Thursday, February 12, 2026, at 2:00 p.m. (CDT), in Courtroom Five on the Third Floor of the Roman Hruska Federal Courthouse in Omaha, Nebraska. The hearing will consist of oral arguments and will be based on written submissions already in the record at that time. If any party believes that testimony of a witness or witnesses is required, that party must file a motion not later than 12:00 p.m. on Tuesday, February 10, 2026, identifying the witness or witnesses the party believes to be necessary and the amount of time examination of that witness is expected to take.

Dated this 9th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge